**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-CR-057 (TNM)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTONIO EZEQUEL CARDENAS-** | : | |
| **GUILLEN, et al.,** | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**NOTICE OF WITHDRAWAL**

The United States of America, by and through the Chief of the Narcotic and Dangerous

Drug Section of the Criminal Division, United States Department of Justice, hereby informs the

Clerk of this court and all parties of record that Duane Ramseur, can be terminated as counsel of

record for the Government in the instant matter.

Respectfully Submitted,

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:   */s/ Janet Turnbull*
      Janet Turnbull
      Trial Attorney
      Narcotic and Dangerous Drug Section
      Criminal Division
      U.S. Department of Justice
      145 N Street, NE
      Washington, D.C. 20530
      Tel.:   (202) 616-2576
      Email: Janet.Turnbull2@usdoj.gov

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was sent via ECF to the Defendants' counsel on record this 2nd day of April 2025.

*/s/ Janet Turnbull*
Janet Turnbull
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice
