IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Case No. 08-CR-057-12 |
| | : | |
| OMAR TREVINO MORALES, | : | |
| | : | |
| Defendant. | : | Honorable Trevor N. McFadden |
| | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Alfred Guillaume III, am a member in good standing of the bar of this Court. I am moving for the admission of Attorney Bernadette M. Donovan, to appear *pro hac vice* in the above-captioned case on behalf of the Defendant, Omar Treviño Morales.

I certify that:

1. Ms. Donovan is not a member of the bar of this Court and does not maintain an office in the District of Columbia.

2. Ms. Donovan is a member in good standing of the bars of the following State Courts and United States Courts:

   a. Supreme Court of the United States

   b. United States Court of Appeals for the Third Circuit

   c. United States Court of Appeals for the Fourth Circuit

   d. United States District Court for the Eastern District of Virginia

   e. United States District Court for the Western District of Virginia

   f. Supreme Court of Virginia

   g. Supreme Court of Tennessee (Inactive)

3. Ms. Donovan has not been admitted *pro hac vice* in this Court within the last two years.

1

4. Ms. Donovan understands that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

5. Ms. Donovan has applied for formal admission to the bar of this Court, and that application is pending.

6. Attached to this Motion is a signed supplemental certification that provides more facts on Attorney Bernadette Donovan, including her disciplinary history and other information relevant to this Court's determination of her *pro hac vice* admission.

WHEREFORE undersigned counsel requests the *pro hac vice* admission of Attorney Bernadette M. Donovan.

Respectfully submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III, Esquire
#MD0085
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW
Suite 308
Washington, D.C. 20036

## CERTIFICATE OF SERVICE

I, Alfred Guillaume III, Esq., hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*Alfred Guillaume*
_____
Alfred Guillaume III, Esquire