IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : Case No. 08-CR-057-12 |
| OMAR TREVINO MORALES, | : |
| Defendant. | : Honorable Trevor N. McFadden |

**DECLARATION FOR *PRO HAC VICE* ADMISSION OF BERNADETTE M. DONOVAN**

In accordance with LCvR 83.2(c)(2) and LCvR 44.1(c)(2), I, Bernadette M. Donovan, hereby certify that the following information is true and correct:

1. My full name is Bernadette Mary Donovan.

2. My state bar membership number is 82054 (Virginia).

3. My office address is Donovan & Engle, PLLC, 1134 East High Street, Unit A, Charlottesville, VA 22902. My business telephone number is (800) 428-5214, and my business fax number is (434) 465-6866.

4. I have been admitted to the following courts and bars:

    a. Supreme Court of the United States

    b. United States Court of Appeals for the Third Circuit

    c. United States Court of Appeals for the Fourth Circuit

    d. United States District Court for the Eastern District of Virginia

    e. United States District Court for the Western District of Virginia

    f. Supreme Court of Virginia (Virginia State Bar)

    g. Supreme Court of Tennessee (Tennessee State Bar) (Inactive)

5. I have not been the subject of any disciplinary action.

1

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I do not engage in the practice of law from an office located in the District of Columbia.

8. I have applied for formal admission to the bar of this Court, and that application is pending.

9. I am personally familiar with the Local Rules of this Court, the provisions of the Judicial Coder pertaining to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Federal Rules of Criminal Process, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, to which I will faithfully adhere, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct. LCrR 44.1(h), 57.21(b)(6).

10. I hereby swear and affirm that the foregoing Certification is true and correct to the best of my knowledge. Executed in Charlottesville, Virginia, this 7th day of June 2025.

I declare under penalty of perjury that the foregoing is true and correct.

6/10/25
Date

Bernadette M. Donovan
VA BAR 82054
Donovan & Engle, PLLC
1134 East High Street, Unit A
Charlottesville, VA 22902
Office 800-428-5214
Fax 434-465-6866
bernadette@donovanengle.com