# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT BERNADETTE MARY DONOVAN IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. BERNADETTE MARY DONOVAN WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 14, 2011,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued June 3, 2025

DaVida M. Davis
**Director of Regulatory Compliance**