IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | Case No. 08-CR-057-12 |
| | : | |
| **OMAR TREVINO MORALES,** | : | |
| | : | |
| Defendant. | : | Honorable Trevor N. McFadden |
| | : | |

## NOTICE OF APPEARANCE

To the Clerk and all parties of record:

Please take notice that I will appear in this case as appointed learned counsel for Omar Treviño Morales.  *See* 18 U.S.C. § 3005 (entitling federal capital defendants to the assignment of counsel who is "learned in the law applicable to capital cases").  I am authorized to appear *pro hac vice* pursuant to this Court's minute order entered today.  My application for admission to the bar of the United States District Court for the District of Colombia is pending.

Dated: June 12, 2025

Respectfully submitted,

s/ Bernadette Donovan

Bernadette M. Donovan
VA BAR 82054
Donovan & Engle, PLLC
1134 East High Street, Unit A
Charlottesville, VA 22902
Office 800-428-5214
Fax 434-465-6866
bernadette@donovanengle.com

*Counsel for Omar Treviño Morales*

1

2

**CERTIFICATE OF SERVICE**

      I, Bernadette Donovan, Esq., hereby certify that on this June 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ <u>Bernadette M. Donovan</u>