IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal No.: 08-CR-0057-TMN** |
| **OMAR TREVIÑO MORALES** | * | |

### ENTRY OF APPEARANCE

The undersigned attorney, having been retained by the Defendant, Omar Treviño Morales, and being permitted to practice before this Court pursuant to *Pro Hac Vice* admission, respectfully requests that his appearance as an attorney of record in the present matter be entered.

_____/s/_____
Christopher C. Nieto, Esq
Nieto Law Office
233 East Redwood Street, Suite 1000C
Baltimore, MD 21202
Office: 443-863-8189
Attorney for Mr. Treviño Morales

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th of January, 2026, a copy of the foregoing Entry of Appearance was electronically filed with the Clerk of the United States District Court using CM/ECF, and a notice of said filing to all parties.

_____/s/_____
Christopher C. Nieto, Esq.
Attorney for Mr. Treviño Morales